AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21MJ2054 |
| DROR SVORAI | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**
6:50 pm Feb 17 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 2020 thru Feb 17, 2021  in the county of  Cuyahoga  in the  Northern  District of  Ohio, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony Fry, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: **Feb 17, 2021**

*Judge's signature*

City and state: Cleveland, Ohio

David A. Ruiz, Magistrate Judge
*Printed name and title*