AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
MAR 05 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DROR SVORAI | ) Case No. 1:21MJ2054 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DROR SVORAI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028A (Aggravated Identity Theft)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date: 02/17/2021

*/s/ David A. Ruiz*
*Issuing officer's signature*

City and state: Cleveland, Ohio

David A. Ruiz, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/17/2021, and the person was arrested on *(date)* 2/24/2021
at *(city and state)* Miami, FL.

Date: 2-24-21

*Onyeun — For FBI*
*Arresting officer's signature*

L. Conyers/USMS
*Printed name and title*