UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

CASE NO. 21-MJ-2054

**UNITED STATES OF AMERICA**

v.

**DROR SVORAI**

       Defendant.
_____/

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO REVOKE DETENTION ORDER**

Comes now Defendant, **DROR SVORAI**, by and through the undersigned attorney, files this Notice of Withdrawal of Defendant's Motion to Revoke Detention Order filed in this matter on March 12, 2021.

1. On March 12, 2021 undersigned counsel filed "Defendant's Motion to Revoke Detention Order." (*See* ECF #7)

2. Undersigned counsel, at the request of the defendant, hereby files this Notice of Withdrawal of "Defendant's Motion to Revoke Detention Order" and asks the court to take no further action on the motion.

                                            Respectfully submitted,
                                            /s/  David J. Sobel
                                            David J. Sobel, Esq.
                                            Admitted *Pro Hac Vice*
                                            Florida Bar No. 57336
                                            David J. Sobel, P.A.
                                            633 Southeast Third Avenue, 301
                                            Fort Lauderdale, Florida 33131
                                            Telephone:  (954) 463-0773
                                            Facsimile:   (954) 839-9005
                                            Email: sobeldefense@yahoo.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2021, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF

                                                    /s/ David J. Sobel
                                                    David J. Sobel, Esq.