FILED
APR 14 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

CASE NO. 1-21-MJ-2054

UNITED STATES OF AMERICA,

vs.

DROR SVORAI,

    Defendant.
_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Criminal Rule 57.5(h) of the United States District Court for the Northern District of Ohio, Robert G. Amsel, Esq. attorney for Defendant, Dror Svorai, hereby moves this court to grant leave for Robert G. Amsel to appear *pro hac vice* in this action. In Support of this motion undersigned asserts the following:

1. Mr. Amsel was admitted to the State of Florida Bar in 1982. Mr. Amsel is admitted to practice before the United States Supreme Court, the United States District Court for the Southern and Middle District of Florida, the Fifth, Sixth and Eleventh Court of Appeals and the United States Tax Court.

2. Mr. Amsel is currently in good standing in all of the aforementioned courts. Furthermore, there are no disciplinary proceedings which have been filed or are pending, and he has not been disbarred from practice before any court, department, bureau or commission of any State of the United States. Additionally, Mr. Amsel has never received any reprimand from any such court,

rct: 14CC013080 / 4/14/21 / $120.00 / MM

department, bureau, or commission pertaining to conduct or fitness as a member of any bar.

3. Attached hereto, pursuant to local rule 57.5 (h) is a certificate of good standing from the Florida Bar.

4. The required filing fee has been tendered with this Motion to Appear *Pro Hac Vice*.

WHEREFORE, Robert G. Amsel, Esq. respectfully requests this court grant this Motion to Appear *Pro Hac Vice* in this matter.

Respectfully submitted,

ROSS | AMSEL | RABEN
& NASCIMENTO, PLLC.
2250 S.W. 3rd Avenue, 4th Floor
Miami, Florida 33129
Tel: 305-858-9550; Fax: 305-858-7491
Email: bobamsel@crimlawfirm.com

By: /s/ ROBERT G, AMSEL
ROBERT G. AMSEL
FLORIDA BAR NO. 0349690

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court and all counsel of record using CM/ECF.

ROSS | AMSEL | RABEN
& NASCIMENTO, PLLC.

By: /s/ ROBERT G, AMSEL
ROBERT G. AMSEL