IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
3:48 pm Jun 29 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-mj-02054 |
| Plaintiff, | MAGISTRATE JUDGE DAVID A. RUIZ |
| v. | |
| DROR SVORAI, | **WAIVER OF PRELIMINARY HEARING** |
| Defendant. | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____  For DS
Defendant

_____
Counsel for Defendant

Approved: s/David A. Ruiz
David A. Ruiz
United States Magistrate Judge

Dated: June 29, 2021