IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 21MJ02054 |
| Plaintiff, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| v. | |
| DROR SVORAI, | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Alejandro A. Abreu, Assistant U. S. Attorney, and moves this Court for permission for Bradley J. Beeson to withdraw as counsel of record, and requests that the Court no longer include him on the ECF system for this case. The instant case is currently assigned to Alejandro A. Abreu, Assistant U. S. Attorney, who will receive all ECF notifications.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:  /s/ Alejandro A. Abreu
Alejandro A. Abreu (OH: 0089477)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3620
(216) 522-2403 (facsimile)
Alejandro.A.Abreu@usdoj.gov